FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASPREET DHIMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONWIDE GENERAL INSURANCE COMPANY,<br><br>    Defendant. | NO. 2:20-CV-00139-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is the parties' Stipulated Motion to Dismiss and Proposed Order, ECF No. 10. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs or attorney fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

    Accordingly, **IT IS HEREBY ORDERED:**

    1. The parties' Stipulated Motion to Dismiss and Proposed Order, ECF No. 10, is **GRANTED**.

    2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

    3. Any pending motions are **dismissed as moot**.

//

//

**ORDER OF DISMISSAL** \* 1

4. The trial date and any remaining pretrial deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 8th day of June 2020.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** * 2